**UNITED STATES of America v. Herman H. GRIEME, Appellant.**

No. 8544.

Circuit Court of Appeals, Third Circuit.

Argued March 10, 1944.

Decided March 15, 1944.

Wm. V. Azzoli, of Newark, N. J., for appellant.

Vincent E. Hull, of Newark, N. J., for appellee.

Before BIGGS, JONES, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

Judgment is affirmed upon the authority of Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346.

**Joseph L. WEBBER et al., Appellants, v. POLICE JURY, VERMILLION PARISH, LOUISIANA, et al.**

No. 10766.

Circuit Court of Appeals, Fifth Circuit.

March 21, 1944.

Seth Lewis, of Opelousas, La., for appellants.

I. P. Saal, of Gueydan, La., for appellees.

Before HUTCHESON, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The facts and the issues in this case are fully set forth and discussed in the opinion of the Court below, reported in 48 F. Supp. 350. A careful study of the record leaves us convinced that the facts found and conclusions reached in that opinion are correct. No useful purpose can be served by stating and discussing them anew.

The judgment is affirmed.

**Joseph AVETA v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 2804.

Circuit Court of Appeals, Tenth Circuit.

Jan. 18, 1944.

No appearance for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Petitioner having been discharged from the custody of the Warden and the case having become moot, appeal dismissed.